AMERICAN BLOWER CORPORATION, RESPONDENT, v. SEABOARD SURETY COMPANY, APPELLANT.

AMERICAN RADIATOR COMPANY, RESPONDENT, v. SEABOARD SURETY COMPANY, APPELLANT.

Submitted February 16, 1934—Decided April 12, 1934.

For the appellants, *Frederick F. Richardson.*

For the respondents, *Smith & Slingerland.*

PER CURIAM.

The determinative question involved in these two suits is identical with that of *Johnson Service Co.* v. *Seaboard Surety Co.,* 112 *N. J. L.* 493. The essential facts are also identical in character, and are sufficiently set out, *mutatis mutandis,* in the decision of Judge Porter in the Johnson case. For the reasons there given, the two judgments now under review will be affirmed.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, LLOYD, CASE, BODINE, DONGES, HEHER, PERSKIE, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, DILL, JJ. 15.

*For reversal*—None.